𝔐𝔞𝔶, 1880.

---

CHAUNCEY STEVENS, Respondent, v. OLIVER GLOVER, Appellant.

Motion to open default denied, with $10 costs.

---

FREDERICK T. WRIGHT, Appellant, v. HARMON W. VAN BUREN and others, Respondents.

Order affirmed, with $10 costs, and printing disbursements.

---

In the Matter of DELOS M. POWERS, an Attorney, etc.

Motion to strike name from roll granted. See order on file.

---

L. M. PAYNE and A. S. STORM, Appellants, v. FENNI-MORE C. TERRY, Respondent.

Appeal dismissed on authority of *Andrews* v. *Long*, 9 Week. Dig., 513.

---

JAMES ECKERSON and others, Appellants, v. JOHN PIER, Respondent, Impleaded with others.

Order affirmed, with $10 costs, and printing disbursements.

---

FRANK F. HATHAWAY, as Administrator, etc., Appellant, v. NATHANIEL ELMORE, and others, Respondents.

Appeal dismissed, with costs.